No. 02–9580.   DIEZ v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 02–9607.   BOWE v. UNITED STATES ET AL.   C. A. 11th Cir. Certiorari denied.

No. 02–9619.   WILSON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 02–9623.   WELLS v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 02–9625.   JOHNSON v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 02–9630.   TILLITZ v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 02–9632.   VASQUEZ ET AL. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 02–9635.   DeCATO v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 02–9646.   DAWSON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 02–9650.   RUSHIE v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 02–9652.   BRYANT v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 02–1188.   MCDANIEL, WARDEN, ET AL. v. ESPIREDION VALERIO.   C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 02–1203.   MICHIGAN v. HUTCHINSON.   Ct. App. Mich.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 02–1201.   DUNCAN v. GENERAL MOTORS CORP.   C. A. 8th Cir.   Motion of NOW Legal Defense and Education Fund for leave to file a brief as *amicus curiae* granted.   Certiorari denied.